UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JODY ROME, CONSUELA RUCKER, JANICE    :
SAVOY, ESTELLE SELDERS, TAMMARA
SIMMONEAUX, ANITA SMITH, MARY         :
KATHERINE SMITH, BEATRICE STINES,
WILLIAM TOOMBS, SUSAN USSERY,         :
                                      :
       Plaintiffs,                    :   Civil Action
v.                                    :   No. 04-11230-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 27, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800


Counsel for Defendant
Indevus Pharmaceuticals, Inc.